# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JAMES CHRISTOPHER BENNETT
ADC #099320                                                    PLAINTIFF

v.                       No. 4:18-cv-71-DPM

RYALS, Sheriff, Faulkner County
Sheriff's Office; ANDREWS,
Lieutenant, Faulkner County Detention
Center; and PAIGE, Sergeant,
Faulkner County Detention Center                               DEFENDANTS

## ORDER

Bennett hasn't objected to the pending recommendation; his mail is being returned undelivered. № 7 & 9. Unopposed recommendation, № 6, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Bennett's complaint will be dismissed without prejudice for failure to state a claim. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

27 March 2018