# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JAMES CHRISTOPHER BENNETT
ADC #099320                                                    PLAINTIFF

v.                      No. 4:18-cv-71-DPM

RYALS, Sheriff, Faulkner County
Sheriff's Office; ANDREWS,
Lieutenant, Faulkner County Detention
Center; and PAIGE, Sergeant,
Faulkner County Detention Center                               DEFENDANTS

## JUDGMENT

Bennett's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

27 March 2018